UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

In re

ASIF R. KHAN and
FARHAT JAHAN,

                Debtors.
----------------------------------------------------------------x
FARHAT JAHAN,

                Plaintiff,

   -against-

JP MORGAN CHASE BANK, N.A.

                Defendants.
----------------------------------------------------------------x

Chapter 13

Case No. 09-41612-ess

Adv. Pro. No. 09-1371-ess

## ORDER TO REDACT CONFIDENTIAL INFORMATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9037

WHEREAS, on March 3, 2009, (the "Petition Date"), Asif R. Khan (the "Debtor") and Farhat Jahan, (the "Joint Debtor"), debtors in the above-captioned Chapter 13 case, filed a petition for relief under Chapter 13 of the Bankruptcy Code; and

WHEREAS, on April 3, 2009, Washington Mutual Bank, a creditor, filed a claim against the Debtors' estate in the amount of $27,652.49 (the "Claim"), and attached as an exhibit to the Claim a copy of a Streamlined Business Credit Application and Agreement (the "Credit Application"), and the Claim was docketed as Claim #5 on the Claims Register; and

WHEREAS, on July 27, 2009, JPMorgan Chase Bank, N.A., having acquired the Claim, filed an amended claim against the Debtors' estate in the amount of $27,652.49 (the "Amended Claim"), and attached as an exhibit to the Amended Claim a copy of the Credit Application, and the Amended Claim was docketed as Claim #5-1 on the Claims Register; and

WHEREAS, the Credit Application identifies the date of birth and social security number of the Joint Debtor; and

WHEREAS, on September 29, 2009, the Joint Debtor commenced this Adversary Proceeding; and

WHEREAS, Federal Rule of Bankruptcy Procedure 9037 states that "an electronic or paper filing made with the court that contains an individual's social-security number . . . or birth date . . . may include only: (1) the last four digits of the social-security number [and]; (2) the year of the individual's birth . . . ."

NOW, THEREFORE, it is hereby

ORDERED, that the Clerk of the Court shall redact the Claim and the Amended Claim so that only the year of the Joint Debtor's date of birth is visible in the Credit Application; and it is

ORDERED, that the Clerk of the Court shall redact the Claim and the Amended Claim so that only the last four digits of the Joint Debtor's social security number are visible in the Credit Application.

Dated: Brooklyn, New York
September *30*, 2009

*S/ Elizabeth S. Stong*
ELIZABETH S. STONG
UNITED STATES BANKRUPTCY JUDGE

SERVICE LIST:
Farhat Jahan

37 Leona Street
Staten Island, NY 10314

Karamvir S Dahiya
Dahiya Law Office LLC
325 Broadway
Suite 304
New York, NY 10007

Marianne DeRosa
Standing Chapter 13 Trustee
100 Jericho Quadrangle
Suite 208
Jericho, NY 11753

JPMorgan Chase Bank, N.A.
Attn: Recovery OH2-5170
50 South Main
Akron, OH 44308